# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEEDEVICE, INC., et al., | Case No. CV 24-7779-MWF(PDx) |
| Plaintiffs, | ORDER GRANTING SECOND STIPULATION REGARDING BRIEFING SCHEDULE |
| v. | |
| THE KOREAN BROADCASTING SYSTEM, et al., | |
| Defendants. | |

The Court has reviewed the parties' second Stipulation Regarding Briefing Schedule. (Docket No. 30). For good cause shown, the Court GRANTS the Stipulation and ORDERS as follows:

1. Defendants Korean Broadcasting System and KBS America, Inc. shall file their response to Plaintiffs' Complaint no later than **December 16, 2024**.
2. If Defendants file a Motion to Dismiss ("MTD") in response to Plaintiffs' Complaint, that motion shall be noticed for hearing on **February 10, 2025, at 10:00 a.m.**

///

///

///

-1-

    3. Plaintiffs' Opposition to any MTD shall be filed no later than January 13, 2025, and Defendants' Reply in support of their MTD shall be filed no later than January 27, 2025.

**IT IS SO ORDERED.**

Dated: December 6, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge

\*\*\* The filing attorney is responsible for compliance with the Local Rules. The Court did not receive the required word-processing version of the proposed Order. See http://www.cacd.uscourts.gov/e-filing/proposed-documents. Future filings that fail to comply with the Local Rules may be stricken. \*\*\*