Lisa J. Yang (SBN 208971)
Lisa.Yang@LimNexus.com
Jungji Choi (SBN 314117)
Jungji.Choi@LimNexus.com
**LIMNEXUS LLP**
707 Wilshire Boulevard, 46th Floor
Los Angeles, California 90017
Phone: (213) 955-9500
Facsimile: (213) 955-9511

Attorneys for Defendants Korean Broadcasting System and KBS America, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| SEEDEVICE INC., a Delaware corporation, and DR. HOON KIM, an individual<br><br>Plaintiffs,<br><br>v.<br><br>KOREAN BROADCASTING SYSTEM, a Korean corporation; and KBS AMERICA, INC., a California corporation,<br><br>Defendants. | Case No. 2:24-cv-7779 MWF (MARx)<br><br>**DECLARATION OF CHEONG YUN KIM IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS COMPLAINT AND SPECIAL MOTION TO STRIKE (ANTI-SLAPP MOTION)**<br><br>Date:   February 10, 2025<br>Time:  10:00 Am<br>Ctrm:  5A<br>Hon. Michael W. Fitzgerald<br><br><br>TRIAL Date:  None Set |

**DECLARATION OF C.Y. KIM IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AND ANTI-SLAPP MOTION**

## **DECLARATION OF CHEONG YUN KIM**

I, Cheong Yun Kim, declare and state as follows:

1. I am an adult over the age of eighteen. I have personal knowledge of the facts stated herein, and as to those statements made on information and belief, I believe them to be true.

2. I am a citizen and resident of the Republic of Korea. I am an employee of Korea Broadcasting System ("KBS"), a Korean public broadcasting company. I am currently a reporter for KBS in its politics and political affairs department, and previously in the social affairs department. I have been working in this capacity at KBS since 2022. Prior to my employment at KBS, I worked for other media outlets as a reporter for over five years.

3. In early August 2024, I obtained information that the Korean prosecutors were investigating a Korean publicly-traded company named Quantapia, Inc., and had seized information pertaining to its investigation in connection with suspicion of stock price manipulation. Based on the information regarding the prosecution's investigation of Quantapia, and the suspension of Quantapia stock trades, I prepared a breaking news piece on that information. This was the beginning of my deeper investigation into Quantapia, SandCraft, the quantum image sensor which Quantapia was promoting to manipulate stock prices, and individuals associated with these entities, including Hoon Kim ("Dr. Kim").

4. I then began my investigative reporting work, including interviews with high-ranking individuals within the Korean prosecutor's office, who confirmed that the charges being made were violations of capital markets laws. With this confirmation, I modified my short breaking article.

5. Thereafter, I received an email from an individual claiming to be an insider, who provided whistleblower inside information about SandCraft and

1
**DECLARATION OF C.Y. KIM IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AND ANTI-SLAPP MOTION**

Quantapia. The whistleblower informed me that as an insider, they tried to verify the quantum image sensor technology promoted by Quantapia, but that there was no substance to back up the technology's viability. The informant also confirmed that Quantapia's technology was the technology Dr. Kim claims to have developed, and the very same technology previously reported on by KBS multiple times.

6. I met with the informant for further investigation, and obtained their verbal statements. I also met with an executive of Quantapia under investigation in connection with disseminating false information for purposes of stock price manipulation, who also stated he was not confident that Dr. Kim's technology was valid. I also reviewed KBS's prior reporting on Dr. Kim's nanotechnology, and interviewed several other individuals each of whom have information and knowledge regarding Dr. Kim's technology, or companies purporting to have rights to said technology.

7. Based on all of the investigation results, I, along with my colleagues Yerin Lee, and Yoo Min Lee, put together the news report which aired on KBS on August 25, 2024, under the title "[Exclusive] "Quantum" Technology that Did Not Exist 19 Years Ago…"Fake Again This Time" ("Subject Report"). The Subject Report included audio clips of the informant discussing the Quantapia technology developed by Dr. Kim, including statements that the technology did not exist, and is fake.

8. Concurrently, we also prepared and published an internet article titled "[Exclusive] 'Ill-gotten profits of KRW billions by way of false announcement'?...Prosecution says: 'manipulated the market without substance'" ("Internet Article"), covering more extensively the topics covered in the Subject Report and in greater detail. Attached hereto as Exhibit A is a true and correct copy of the Internet Article available at https://news.kbs.co.kr/news/mobile/view/view.do?ncd=8043428&ref=A ("Internet

2
**DECLARATION OF C.Y. KIM IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AND ANTI-SLAPP MOTION**

Article"), as well as a certified English translation thereof. In the Internet Article, we indicated that a prior order requiring Dr. Kim to return 9.2 Billion Korean Won ("KRW") in research funding was reversed, and that in fact the funds were not returned. Exhibit A at pg. 7.

9. I am a native Korean speaker and not proficient in the English language. I communicated with each of the individuals I worked with or interviewed in connection with the Subject Report and Internet Article exclusively in the Korean language. Both of my KBS colleagues involved in the investigation and preparation of the Subject Report and Internet Article are native Korean speakers residing in Korea. Each of the several other individuals (not affiliated with KBS) I interviewed and communicated with in connection with the Subject Report and Internet Article are Koreans located in Korea. Every document I reviewed in connection with the Subject Report and Internet Article are in the Korean language.

10. Prior to signing, this Declaration was translated for me from English into Korean.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This Declaration is executed on December 16, 2024, in Seoul, Korea.

_____
Cheong Yun Kim

3
**DECLARATION OF C.Y. KIM IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AND ANTI-SLAPP MOTION**

# EXHIBIT A

12/12/24, 7:59 PM [Exclusive] "Ill-gotten profits of KRW billions by way of false announcement"?... Prosecution says: "manipulated the market without substance"

Case 2:24-cv-07779-MWF-PD    Document 33-2    Filed 12/16/24    Page 6 of 14   Page ID #:345

Exclusive

[Exclusive] ″Ill-gotten profits of KRW billions by way of false announcement"?... Prosecution says: "manipulated the market without substance"

Keyed in: Aug. 26, 2024.08.26 (08:38 AM)



On the 2nd of this month, a KOSDAQ-listed company called Quantapia was raided by prosecutors. It is a small/medium-sized company with a market capitalization of 150 billion won that promised to produce quantum sensor modules.

The charge filed by the Financial Securities Crimes Joint Investigation Division of the Seoul Southern District Prosecutors' Office (Deputy Chief Prosecutor Joon-hyuk Gong) is that the company violated the Capital Market Act, i.e., it was used to manipulate stock prices.

Upon looking up the stock information, it was found that Quantapia had already been suspended from trading in December last year.

■ **Billions of Korean won in ill-gotten gains through stock price manipulation... "I only invested because I trusted the quantum image sensor"**

There was one more company that prosecutors raided that day, a company called SandCraft, a major shareholder of Quantapia.

The key suspect is a certain Mr. Lee, who is named by the prosecution as the real owner of Quantapia. Mr. Lee also holds a 13% stake in SandCraft.

Prosecutors believe that between May last year and the end of last year, Mr. Lee and others manipulated Quantapia's price more than 3,300 times using more than 80 accounts, gaining nearly KRW 9 billion in ill-gotten gains.

In particular, the prosecution is focusing on, among others, the corporate disclosure about KRW 100 billion worth of investment in

convertible bonds led by Mr. Lee, which was publicly posted in June last year, and the announcement of holding an IR (investor relations) to explain the new business of quantum image sensor in December last year.

## Investor Relations (IR) Event to be Held

| | | Event Date | | Time (local time) | |
| --- | --- | --- | --- | --- | --- |
| 1. Date | | Start Date | End Date | Start time | End time |
| | | - | - | - | - |
| 2. Place | | Our office | | | |
| 3. Target Audience | | Institutional investors, etc. | | | |
| 4. Purpose of Event | | Quantum image sensor new business briefing to improve investor understanding and increase the value of the company | | | |
| 5. Implementation | | Small group meeting | | | |
| 6. Key highlights | | -Describe new quantum imaging sensor business and demonstrate needle-free blood glucose technology<br>-Q&A | | | |
| 7. Sponsoring Organization | | - | | | |
| 8. Confirmed Date | | 12-01-2023 | | | |
| 9. Handled by: | Handling department (handling person) | Corporate Business Support Division | | | |
| | Phone number | 02- | | | |
| 10. IR information materials to be posted | Date/time of posting | Time schedule to be reposted at the resumption of trading | | | |
| | Place of posting | KIND System IR Resource Center | | | |

*Quantapia public announcement last December*

It is said that they boosted the stock price by using this false public announcement, tricking victims into investing in Quantapia by making them think they were investing in a real business.

Quantapia's stock price skyrocketed from around 800 won per share before the announcement to around 4800 won per share after the announcement. However, the announced investment of KRW 100 billion in convertible bonds never materialized.

"The quantum image sensor is an innovative technology that will change lives," Mr. Lee explained, "We saw the value of the technology and tried to attract investment legitimagely, and the association members all believed in it and invested."

As for the lack of investment, Mr. Lee explained, "Unlike the original intention, we were unable to attract investment due to variables such as the suspension of trading due to the accounting fraud committed by the former executives of Quantapia."

■ **The source of the quantum image sensor business was a certain Kim PhD in the U.S.**

KBS tracked down the "quantum image sensor business" that the prosecution listed in the search warrant. This is the very business that SandCraft and Quantapia were supposedly newly entering.

12/12/24, 7:09 PM Exclusive... In Korea, ordinary folk lost millions by way of false announcement... Prosecution says "manipulated the market without substance"

Case 2:24-cv-07779-MWF-PD    Document 33-2    Filed 12/16/24    Page 8 of 14    Page ID #:347

Quantum image sensors use quantum mechanics to create clear images in the absence of light and are the latest technology that can test blood sugar levels without drawing blood.



*A certain Kim PhD ("Dr. Kim") attending a Quantum Industry Conference in New York City*

The source of the technology is a man named Dr. Kim so-and-so, who gained attention as a leader in the new technology after a televised presentation at the Quantum Industry Conference in New York last October, and the like.

Through his wife, a certain Ms. Chung, Dr. Kim acquired a 47% stake in SandCraft in June of last year. SandCraft is the majority shareholder with a 12.27% stake in Quantapia.

In effect, SandCraft and Quantaphia are one company, doing business through Dr. Kim's technology.



*Affiliated ownership relations chart*

12/12/24, 7:09 PM [Exclusive] "Incorporate stock 1.9 billions by way of false announcement"… Prosecutor says "manipulated the market without substance"

Case 2:24-cv-07779-MWF-PD    Document 33-2    Filed 12/16/24    Page 9 of 14   Page ID #:348

■ **Recruitment of former media, political, and corporate personages to move ahead with new business**

Since Dr. Kim and his associate's acquisition of SandCraft, the company has made a name for itself by recruiting former media executives, political figures, and people from large corporations to promote its technology and business.

Since then, there have been reports of Dr. Kim appearing on the cover of a US business magazine and receiving Semiconductor of the Year Award.

In December of last year, he advertised a demonstration event for a "needle-free blood glucose measuring device" that uses quantum image sensor technology to test blood sugar without puncturing with a needle.



*Quantapia stock price trend*

Quantapia's stock price continued to fluctuate up and down before and after the favorable news, and the stock price stopped fluctuating after trading of Quantapia stock was suspended for accounting irregularities in the past.

■ **The technology KBS has tracked for 20 years… Whistleblower says "no technical substance"**

During the course of its investigation, KBS learned that Dr. Kim had already received significant media attention as early as 2005.

12/12/24, 12:09 PM  [Exclusive] The system found guilty of KRW 10 billions by way of false announcement ... Prosecution says, 'manipulated the market, without substance'

Case 2:24-cv-07779-MWF-PD   Document 33-2   Filed 12/16/24   Page 10 of 14   Page ID #:349

It was the same story back then as well that he had developed an image sensor technology that could capture clear images even in the dark.

Dr. Kim was called the next Dr. Woo Seok Hwang and received a government funding worth nearly KRW 10 billion.

However, we at KBS (Korean Broadcasting System) raised suspicions that Dr. Kim's technology was false through five broadcasts from 2007 to 2016, including KBS Specials and KBS 60 Minutes.

This was the so-called 'nano image sensor technology fraud' case.



*KBS airing list*

As a result of suspicions raised by KBS, the Reinvestigation Committee of the Korean Institute of Industrial Technology Evaluation and Management found Dr. Kim's technology to be false, and the Institute imposed a "three-year restriction on participation in research" and a decision for them to return KRW 9.2 billion to the Korean government.

Yet, it did not make a clear determination on whether Dr. Kim committed 'scientific misconduct' because he refused to attend meetings and reenact the experiments.

12/12/24, 12:09 PM [Exclusive] 'Illegal earnings of KRW billions by way of false announcement'… Prosecution says 'manipulated the market, without substance'

Case 2:24-cv-07779-MWF-PD    Document 33-2    Filed 12/16/24    Page 12 of 14    Page ID #:351

The administrative court later decided to cancel the decision to return KRW 9.2 billion to the Korean government, stating that the researcher's 'scientific misconduct' must be proven before sanctions can be imposed on the conducting institution, and hence it did not go all the way to the actual return of the money to the government.

> "In order to sanction the conducting institution, it must be recognized that the conducting institution or the principal investigator committed scientific misconduct, but scientific misconduct was not committed."
> -Seoul Administrative Court Ruling (May 10, 2012)
>
> "The Investigation Committee requested Dr. Kim, the principal researcher, to attend and reenact before the Investigation Committee meeting over the course of multiple times, but he did not respond, making it difficult to determine whether scientific misconduct occurred."
> -Report of the Reinvestigation Committee of the Korean Institute of Industrial Technology Evaluation and Management (Dec. 2010)

After taking off to the U.S. following the controversy, Dr. Kim returned more than a decade later, engaging in Quantapia business, once again claiming to have invented a new image sensor technology.

Company whistleblowers told KBS that once again, Dr. Kim's technology has no substance.



A company whistleblower said, "I've been trying to figure out the technology, but there is no technology at all. What KBS reported in 2016 was called Nano Image Sensor back then, but it's now the same. It was baseless then and it's baseless now."

Dr. Kim's technology has once again been put to the test by a prosecution investigation, and despite repeated attempts to reach out to him, we were unable to reach him and his affiliated companies have not provided any official comment of clarifications.

**Anyone who has been harmed by investing in Quantapia stock, please tip us off via the email address of reporters.**

■ Tip Hotline
▷ KakaoTalk: Search for 'KBS tip-off', and add the channel

12/12/24, 12:09 PM [Exclusive] Illegal Promotion of HYBE to millions by way of false announcement … Prosecution says: "manipulated the market, without substance"

Case 2:24-cv-07779-MWF-PD    Document 33-2    Filed 12/16/24    Page 13 of 14    Page ID #:352

▷ Phone : 02-781-1234, 4444

▷ Email : kbs1234@kbs.co.kr

▷ Please also subscribe to KBS News on YouTube, Naver, and Kakao!


Cheong Yoon Kim, Staff Reporter
cyworld@kbs.co.kr


Yerin Lee, Staff Reporter
eyerin@kbs.co.kr


Yoo Min Lee, Staff Reporter
toyou@kbs.co.kr

# CERTIFICATION OF TRANSLATION

# and

# DECLARATION

State of California             )
                                )     S. S.
Los Angeles County              )

      I, Soomi Ko, the undersigned, declare that I am a duly certified Korean Court Interpreter approved by the United States District Courts, certified by the State of California and the Los Angeles County Superior Courts, with competent knowledge of Korean and English, and that I have truthfully and correctly translated the <u>article listed below by KBS News (Korean Broadcasting System News)</u> from Korean to English and that the said translation is, to the best of my knowledge and belief, a true and correct translation. I further declare that I am neither counsel for, related to, nor employed by any of the parties, and that I have no financial or other interest in the outcome of any action related to this translation. I declare that the foregoing is true and correct.

### Description of Translated Documents

Article by Korean Broadcasting KBS News (Korean Broadcasting System News) titled
*[Exclusive] "Ill-gotten profits of KRW billions by way of false announcement"?... Prosecution says: "manipulated the market without substance"*

Executed on December 14, 2024

*[signature]*
_____
Soomi Ko
California State Certified Court Interpreter
#300732
(213) 999-7848(Cell)
soomi@komartin.com
www.komartin.com

Ko & Martin Certified Interpreters and Translators
Specializing in Korean and Chinese Languages

KO & MARTIN Certified Interpreters and Translators www.komartin.com  (213) 999-7848