# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEEDEVICE INC., et al., <br><br> PLAINTIFF(S) <br> v. <br> KOREAN BROADCASTING SYSTEM, et al., <br><br> DEFENDANT(S). | CASE NUMBER <br><br> CV 24-7779-MWF(PDx) <br><br> **ORDER STRIKING FILED DOCUMENTS FROM THE RECORD** |

WHEREAS, the documents listed below are deficient for the following reason(s):

Counsel for Defendants shall properly re-file the Motion to Dismiss and Special Motion to Strike. The filings must comply with the Local Rules (i.e., proposed orders as required by LR 5-4.4). The docket entries shall accurately reflect each filing, and shall follow the Court's e-filing procedures.

IT IS HEREBY ORDERED that the documents shall be stricken from the record and shall not be considered by the Court:

| **Document Entitled** | **Filed** |
|---|---|
| Defendants' Notice of Motion and Motion to Dismiss | 12/16/2024 (DE 32) |
| Defendants' Notice of Motion and Special Motion to Strike | 12/16/2024 (DE 33) |
| Defendants' Notice of Motion and Motion to Dismiss | 12/16/2024 (DE 34) |
| Defendants' Memorandum of Points and Authorities in Support of Their Motion to Dismiss Complaint | 12/16/2024 (DE 35) |

IT IS FURTHER ORDERED that the documents shall not be returned to the filing party; however, the Clerk shall note on the case docket that the documents are stricken from the record.

December 17, 2024
Date

_United States District Judge_