

Lisa J. Yang (SBN 208971)
Lisa.Yang@LimNexus.com
Jungji Choi (SBN 314117)
Jungji.Choi@LimNexus.com
**LIMNEXUS LLP**
707 Wilshire Boulevard, 46th Floor
Los Angeles, California 90017
Phone: (213) 955-9500
Facsimile: (213) 955-9511

Attorneys for Defendants Korean Broadcasting
System and KBS America, Inc.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| SEEDEVICE INC., a Delaware corporation, and DR. HOON KIM, an individual<br><br>                    Plaintiffs,<br><br>          v.<br><br>KOREAN BROADCASTING SYSTEM, a Korean corporation; and KBS AMERICA, INC., a California corporation,<br><br>          Defendants. | Case No. 2:24-cv-7779 MWF (PDx)<br><br>**DECLARATION OF LISA J. YANG IN SUPPORT OF DEFENDANTS' MOTION FOR ATTORNEY FEES AND COSTS IN CONNECTION WITH DEFENDANTS' SPECIAL MOTION TO STRIKE (ANTI-SLAPP MOTION) PURSUANT TO CCP 425.16(c)(1)**<br><br>Date:  June 2, 2025<br>Time:  10:00 A.M.<br>Ctrm: 5A<br>Hon. Michael W. Fitzgerald<br><br><br>Trial Date: None Set |

LIMNEXUS LLP

## **DECLARATION OF LISA J. YANG**

I, Lisa J. Yang, declare:

1.    I am an attorney admitted to practice before this court and am counsel of record for Defendants Korean Broadcasting System and KBS America, Inc. ("KBS Defendants") in this matter.  I have personal knowledge of the facts set forth herein and could testify competently thereto.  I make this declaration to support KBS Defendants' motion for award of prevailing party attorney fees pursuant to CCP §425.16(c)(1).

2.    I have served as counsel to the KBS Defendants in this litigation since the commencement of this case to the present.  I have supervised the staff handling the litigation throughout, and consulted with LimNexus partner Chan Jeon, as well as the KBS Defendants' in-house and outside counsel.  I was the supervising partner handling the litigation on this matter for the duration of this matter to date, including signing on to all pleadings, making court appearances at the hearing on the motions filed in this matter, and communicating with counsel for Plaintiffs.

3.    The work on this matter can generally be divided into the following categories of tasks:

    a.    Review and assessment of the defamation and trade libel claims brought by Plaintiffs;

    b.    Analyzing issues to be raised, and preparation of Motion to Dismiss;

    c.    Analyzing issues to be raised, and preparation of the Special Motion to Strike ("Ant-SLAPP Motion") pursuant to CCP §425.16;

    d.    Bringing the concurrently-filed Motion for Clarification/Reconsideration;

    e.    Bringing this current Motion for prevailing party attorneys' fees.

LimNexus LLP

1

4.      Each category of task was handled by attorneys at my firm including me, Chan Jeon (partner), Jungji Choi (senior counsel), and Yidu Sun (associate). Additional work remains to be done on the Motion for Clarification/Reconsideration as well as the current Motion for fees.

5.      In this Court's Order on the Motion to Dismiss and Anti-SLAPP Motion dated March 21, 2025 (ECF 74) and the subsequent modified Orders (ECF 75 and 76), this Court granted the Anti-SLAPP Motion on all allegations regarding alleged defamatory statements except those that pertain to a 2012 Korean court order regarding the return of research funds received by Plaintiff Hoon Kim.

6.      Time spent by lawyers in preparation and prosecution of the case was recorded by each of them in LimNexus's billing system, as were all costs and expenses as they were incurred.  Pursuant to the firm's standard practice, a monthly billing statement was generated from those time and expense entries.  Before finalizing the billing statements, I reviewed and revised a draft bill each month.  I adjusted the billing by writing off or writing down time if it was felt that a particular activity either did not significantly advance the client's goals or could have been more efficiently handled.   After these adjustments were made, all billed time and expense for a particular month was compiled into a final billing statement that was transmitted to the client.  Attached hereto collectively as <u>Exhibit A</u> and incorporated herein is a true copy of LimNexus's billing statements for attorney's fees and disbursements incurred in this matter from October 2024 to March 2025. The billing entries on Exhibit A have been redacted of attorney-client privileged and/or attorney work-product information.  The billing entries on Exhibit A were also redacted for tasks not necessary for the purpose of bringing the Anti-SLAPP Motion, including tasks exclusively dedicated to filing the Motion to Dismiss.

7.      The bills itemize in detail the services performed, the amount of time spent, which particular attorney performed the services, the total dollar amount of

**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR AWARD OF ATTORNEYS FEES IN
CONNECTION WITH ANTI-SLAPP MOTION PER CCP 425.16(C)(1)**

each such service, and the amount, nature and date of disbursements. The billing statements show services which were necessarily performed in this case from inception through March 31, 2025.

8.     All of the time spent and costs incurred, as reflected in Exhibit A, was reasonably necessary for bringing the Anti-SLAPP Motion.

9.     I have been practicing law as a business trial lawyer in Los Angeles continuously since my bar admission in 2000.  I have been a partner of LimNexus[1] since 2008.  I am the firm's Managing Partner and a member of the firm's Executive Committee.  I have significant experience representing businesses in commercial disputes, having been engaged regularly in such work for 24 years, handling many complex and high value disputes.  During my career I have tried bench and jury trials, as well as arbitrations to judgment.   I am a member of the Los Angeles County Bar Association's Litigation Section Executive Committee and a Past President of the Korean American Bar Association of Southern California. Through my involvement in these organizations and discussions I have had with other members, I am aware of the hourly rates typically charged by business trial lawyers in Los Angeles for work of similar complexity as this case.  Additionally, LimNexus regularly serves as local counsel or co-counsel in commercial litigation matters, giving me access to information about the rates charged by co-counsel for similar litigation.

10.     Chan Jeon is a partner at LimNexus, and the outside general counsel of KBS America.  Mr. Jeon has been practicing law in Los Angeles continuously since 2003.  Mr. Jeon has significant experience representing and advising business clients.

[1] Prior to 2016, LimNexus was known as Lim, Ruger and Kim, LLP.

LimNexus LLP

3

11.  Mark Hansen was a partner at LimNexus (now retired after 40 years in active practice of law), who specialized in business and commercial litigation.  Mr. Hansen has significant experience in California Anti-SLAPP practice.

12.  Jungji Choi is a Senior Counsel at LimNexus.  Ms. Choi has been licensed as a lawyer in the Republic of Korea since 2013, and in the State of California since 2017.  She focuses her practice on business litigation and complex commercial disputes.

13.  Yidu Sun is an Associate at LimNexus.  Mr. Sun has been practicing law since 2022, focusing on corporate and business litigation matters.

14.  As the Managing Partner of LimNexus, I set the rates charged by LimNexus attorneys. In the process of setting those hourly rates, I have carefully studied billing rate information obtained through the associations identified above and from law firm surveys to which we subscribe.  I have also discussed the issue with managers and partners of other commercial litigation firms in southern California.  LimNexus purposely sets its rates below the rates charged by many law firms doing work of similar nature and sophistication.

15.  Based on the information described above, I am aware that the hourly rate charged by business litigation attorneys in Los Angeles with a similar level of skill and experience to mine typically ranges between $700 and $1,000 per hour and sometimes much more.  The negotiated hourly billing rate for me, Mr. Jeon, and Mr. Hansen, which is below what our clients routinely pay, is $600.  The negotiated hourly billing rate for non-partners Jungji Choi and Yidu Sun is $450 per hour, which is a blended rate between Ms. Choi and Mr. Sun's regular hourly rate.

16.  The invoices submitted for this case have been paid, except the most recent invoice covering the months of February and March 2024, which we expect will be paid through the regular course of business.  The fees incurred in connection with the Anti-SLAPP Motion through the end of March 2025 is $100,845, and costs

LimNexus LLP

4

are $4,656 for certified translations of exhibits, for a total of $105,501.  These amounts can be broken down as follows:

| Biller/category | No. hours | Total |
|---|---|---|
| Lisa J. Yang, Partner | 102.1 | $61,170 |
| Chan Jeon, Partner | 9.6 | $5,760 |
| Mark Hansen, Partner | 2 | $1,200 |
| Jungji Choi, Sr. Counsel | 50.8 | $22,860 |
| Yidu Sun, Associate | 21.9 | $9,855 |
| Costs | - | $4,656 |
| **Total** | **186.4** | **$105,501** |

17.    Because of the Motion for Clarification and the current Motion for Fees, I expect the final figure sought in this Motion for Fees to increase.  However, it is difficult to estimate the number of additional hours which will be expended in connection with these two remaining motions due to the complexity of issues.  I request that the KBS Defendants be permitted to submit additional information regarding the total amount of fees sought after the Motion for Clarification has been ruled upon.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed April 4, 2025 at Los Angeles, California.

_____
Lisa J. Yang

**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR AWARD OF ATTORNEYS FEES IN CONNECTION WITH ANTI-SLAPP MOTION PER CCP 425.16(C)(1)**

# EXHIBIT A

# LIMNEXUS LLP

707 Wilshire Boulevard
46th Floor
Los Angeles, CA 90017
Tel: (213) 955-9500
Fax: (213) 955-9511
www.limnexus.com

ID # 95-4582673

KBS America, Inc.
625 S. Kingsley Drive, 4th Floor
Los Angeles, CA 90005
Attention:    **Frank Kim**

| | |
|---|---|
| **Date:** | December 31, 2024 |
| **Matter No.:** | 002522  - 000023 |
| **Invoice #:** | 89143 |
| **Attorney:** | Lisa J. Yang |

RE:  adv SeeDevice Inc. et al

For Professional Services Rendered Through November 30, 2024

| Date | Initials | Description of Services | Hours | Amount |
|---|---|---|---|---|
| Redacted | ■ | ■■■■■■ | ■ | ■■ |
| ■■■ | ■ | ■■■■■■■■ | ■ | ■■ |
| 11/06/2024 | CJ | Attended meeting with Client Redacted ■■■■■. | 0.80 | 480.00 |
| 11/06/2024 | LJY | Review research materials; review research memo, draft portions of memo; conferences with Chan Jeon regarding same; emails with team regarding same. | 1.90 | 1,140.00 |
| 11/11/2024 | LJY | Legal research re Anti-SLAPP motion basis; draft memo regarding motion to dismiss; emails with counsel for co-defendant regarding joint strategy re motion to dismiss. | 6.20 | 3,720.00 |
| 11/11/2024 | JC | Review and finalize memo for client. | 5.90 | 2,655.00 |
| Redacted | ■ | ■■■■■■■ | ■ | ■■ |
| 11/12/2024 | LJY | Revise and edit memo and reference materials; emails with team regarding same. | 2.20 | 1,320.00 |
| Redacted | ■ | ■■■■■■ | ■ | ■■ |
| 11/15/2024 | LJY | Emails with opposing counsel regarding meet and confer re motion to dismiss. | 0.20 | 120.00 |



12/31/2024    002522 -    000023    KBS America, Inc.    Inv#:    89143    Page:    2



| Date | Initials | Description of Services | Hours | Amount |
|---|---|---|---|---|
| 11/15/2024 | JC | Prepare email to client re news reports at issue. | 0.20 | 90.00 |
| 11/19/2024 | CJ | Confer with LJY re: meet and confer and related issues to be conferred with OC. | 0.60 | 360.00 |
| Redacted | | | | |
| Redacted | | | | |
| Redacted | | | | |
| | | Total Fees | | Redacted |
| | | **Total Fees Due** | | Redacted |

**TIMEKEEPER SUMMARY**

| Initials | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| CJ | Chan Jeon | Partner | $600.00 | | Redacted |
| LJY | Lisa J. Yang | Partner | $600.00 | | Redacted |
| JC | Jungji Choi | Senior Counsel | $450.00 | | Redacted |

**UNPAID INVOICES OUTSTANDING**

| Invoice Date | Invoice # | Total Billed | Total Paid/Credit | Net Due and Owing |
|---|---|---|---|---|
| 11/30/2024 | 89148 | Redacted | Redacted | Redacted |
| | | | | Redacted |

| | | |
|---|---|---|
| Total Fees | | Redacted |
| Total Fees Due | | Redacted |
| **Total Current Charges** | | Redacted |
| Plus Previous Balance | | Redacted |
| **AMOUNT DUE AND OWING** | *Please pay this amount* | Redacted |

*(To ensure proper credit, please write the matter number on your check)*

# LIMNEXUS LLP

700 Wilshire Boulevard
46th Floor
Los Angeles, CA 90017
Tel: (213) 955-9500
Fax: (213) 955-9511
www.limnexus.com

ID # 95-4582673

KBS America, Inc.
625 S. Kingsley Drive, 4th Floor
Los Angeles, CA 90005
Attention:  **Frank Kim**

| | |
|---|---|
| **Date:** | January 31, 2025 |
| **Matter No.:** | 002522  - 000023 |
| **Invoice #:** | 89144 |
| **Attorney:** | Lisa J. Yang |

RE:  adv SeeDevice Inc. et al

For Professional Services Rendered Through December 31, 2024

| Date | Initials | Description of Services | Hours | Amount |
|---|---|---|---|---|
| Redacted | ▮ | ▮ | ▮ | ▮ |
| Redacted | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ |
| Redacted | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ |
| 12/05/2024 | LJY | Draft stipulation re timing to respond to complaint. | 0.20 | 120.00 |
| Redacted | ▮ | ▮ | ▮ | ▮ |
| 12/05/2024 | JC | Conduct research Hoon Kim's nationality; review corporate registry of SeeDevice. | 0.80 | 360.00 |
| 12/09/2024 | LJY | Meet and confer with opposing counsel regarding motion to dismiss and anti-SLAPP motion. | 0.50 | 300.00 |
| 12/09/2024 | LJY | Draft Motion to Dismiss; draft Anti-SLAPP Motion. | 3.70 | 2,220.00 |
| 12/09/2024 | LJY | Emails with client and client legal team regarding meet and confer and MTD/Anti-SLAPP Motion status. | 0.40 | 240.00 |
| Redacted | ▮ | ▮ | ▮ | ▮ |

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| Redacted | ██ | ████████████████████████ | ██ | ██ |
| Redacted | ██ | ███████████████████ | ██ | ██ |
| ███████ | ██ | ██████████████ | ██ | ██ |
| ███████ | ██ | ███████████████████ | ██ | ██ |
| ███████ | ██ | ███████████████████ | ██ | ██ |
| 12/11/2024 | LJY | Draft Anti-SLAPP motion. | 5.80 | 3,480.00 |
| 12/11/2024 | LJY | Conferences with translator regarding docs to be translated for motion to dismiss and anti SLAPP motion. | 0.50 | 300.00 |
| 12/11/2024 | JC | Prepare emails to translators re sensative terms. | 0.70 | 315.00 |
| 12/12/2024 | LJY | Draft declaration of Chung Yoon Kim and  Jae Eun Sin in support of motion to dismiss and anti-SLAPP motion. | 2.60 | 1,560.00 |
| 12/12/2024 | LJY | Emails with client and client legal team regarding motion documents and declarations, revisions needed, and meeting to finalize declarations. | 0.40 | 240.00 |
| 12/12/2024 | JC | Update memo per comments from client and client legal team. | 5.50 | 2,475.00 |
| 12/13/2024 | LJY | Draft Declaration of Kyongkyun Shin in support of motion to dismiss/anti-SLAPP motion; revise and edit declaration; draft Request for Judicial Notice; revise and edit same. | 1.90 | 1,140.00 |
| 12/13/2024 | JC | Update memo per comments from client and client legal team; research helpful cases; prepare email to client re declaration of Kyongkyun Shin; research certificate of complaince to be attached to the motion to dismiss. | 3.60 | 1,620.00 |
| 12/15/2024 | LJY | Prepare Notice of Motion re Anti SLAPP motion; revise and edit declaration of Jae Eun Shin, Cheong Yun Kim, and Kyongkyun Shin; revise and edit Anti-SLAPP Motion; revise and edit Motion to Dismiss. | 4.70 | 2,820.00 |
| 12/15/2024 | LJY | Video conference with Jae Eun Shin regarding declaration; video conference with Cheong Yun Kim regarding declaration; emails with client and client legal team regarding all filings. | 1.20 | 720.00 |
| 12/16/2024 | LJY | Revise and edit Anti SLAPP Motion; revise and edit Motion to Dismiss; revise and edit Request for judicial notice, notice of Anti-SLAPP Motion; finalize all documents for filing. | 4.90 | 2,940.00 |
| 12/16/2024 | LJY | Arrange for final edits to all documents for filing; communications with team regarding filing issues with ECF; conferences regarding local rules re filing; coordinate all documents for filing. | 1.90 | 1,140.00 |

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 12/16/2024 | LJY | Emails with client and client legal team regarding filing motion to dismiss and anti slapp motion. | 0.60 | 360.00 |
| 12/17/2024 | LJY | Revise and edit Anti SLAPP motion and Motion to Dismiss and all supporting documents; draft proposed orders for both motions for filing. | 4.80 | 2,880.00 |
| 12/18/2024 | LJY | Prepare statement re interested parties for filing; prepare and send notice to Slapp@jud.ca.gov re Anti-SLAPP motion filed. | 0.80 | 480.00 |
| 12/30/2024 | LJY | Emails with client's litigation team regarding litigation hold notice. | 0.20 | 120.00 |
| | | **Total Fees** | | Redacted |
| | | **Total Fees Due** | | Redacted |

## TIMEKEEPER SUMMARY

| Initials | Name | Title | Rate | Hours | Amount |
|----------|------|-------|------|-------|--------|
| CJ | Chan Jeon | Partner | $600.00 | ▓ | Redacted |
| LJY | Lisa J. Yang | Partner | $600.00 | ▓ | Redacted |
| JC | Jungji Choi | Senior Counsel | $450.00 | ▓ | Redacted |

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|------|------------------------------|--------|
| 12/14/2024 | AK4 Best Translation/Inv#11201006134 - Translation of 33 Pages Korean Document into English Document | $4,000.00 |
| 12/17/2024 | Ko & Martin/Inv#3390 - Interpretation Korean to English | $656.50 |
| | **Total Disbursements** | $4,656.50 |

## UNPAID INVOICES OUTSTANDING

| Invoice Date | Invoice # | Total Billed | Total Paid/Credit | Net Due and Owing |
|--------------|-----------|--------------|-------------------|-------------------|
| 12/31/2024 | 89143 | Redacted | ▓ | Redacted |
| 11/30/2024 | 89148 | Redacted | Redacted | Redacted |
| | | | | Redacted |

| | |
|---|---|
| Total Fees | Redacted |
| Total Fees Due | Redacted |
| Total Disbursements Due | Redacted |
| **Total Current Charges** | Redacted |
| Plus Previous Balance | Redacted |
| **AMOUNT DUE AND OWING**    *Please pay this amount* | Redacted |

*(To ensure proper credit, please write the matter number on your check)*

# LIMNEXUS LLP

702 Wilshire Boulevard
46th Floor
Los Angeles, CA 90017
Tel: (213) 955-9500
Fax: (213) 955-9511
www.limnexus.com

ID # 95-4582673

KBS America, Inc.
625 S. Kingsley Drive, 4th Floor
Los Angeles, CA 90005
Attention:  **Frank Kim**

| | |
|---|---|
| **Date:** | February 12, 2025 |
| **Matter No.:** | 002522  - 000023 |
| **Invoice #:** | 89145 |
| **Attorney:** | Lisa J. Yang |

RE:  adv SeeDevice Inc. et al

For Professional Services Rendered Through January 31, 2025

| Date | Initials | Description of Services | Hours | Amount |
|---|---|---|---|---|
| Redacted | ▨ | ▨ | ▨ | ▨ |
| Redacted | ▨ | ▨ | ▨ | ▨ |
| ▨ | ▨ | ▨ | ▨ | ▨ |
| ▨ | ▨ | ▨ | ▨ | ▨ |
| ▨ | ▨ | ▨ | ▨ | ▨ |
| ▨ | ▨ | ▨ | ▨ | ▨ |
| 01/10/2025 | LJY | Emails with opposing counsel regarding proposal for terms of stipulation for protective order and treatment of confidential documents. | 0.40 | 240.00 |
| 01/13/2025 | CJ | Received and reviewed draft Stipulated Protective Order from OC; confer with LJY re: the same. | 0.60 | 360.00 |
| 01/13/2025 | LJY | Review and analyze Plaintiffs' Opposition to Motion to Strike and all supporting declarations and exhibits; review and analyze Opposition to Motion to Dismiss and all supporting declarations and exhibits. | 2.30 | 1,380.00 |
| 01/13/2025 | LJY | Revise and edit draft stipulation for protective order. | 0.60 | 360.00 |
| 01/13/2025 | LJY | Telephone conferences and emails with opposing counsel regarding terms of stipulation for protective order. | 0.40 | 240.00 |

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 01/13/2025 | LJY | Emails with client and client's legal team regarding stipulation for protective order, terms Redacted . | 0.40 | 240.00 |
| 01/14/2025 | CJ | Attended conference with Client and LJY re: Redacted ▇▇▇. | 0.50 | 300.00 |
| 01/14/2025 | LJY | Conference with client ▇Redacted ▇▇▇. | 0.60 | 360.00 |
| 01/15/2025 | CJ | Began reviewing opposition to special motion to strike and related supporting documents. | 0.50 | 300.00 |
| 01/15/2025 | CJ | Attended strategy meeting with Team re: opposition papers filed by Plaintiffs' counsel Redacted ▇▇▇. | 0.60 | 360.00 |
| 01/15/2025 | CJ | Attended meeting with client's legal team re: Redacted ▇▇▇. | 0.80 | 480.00 |
| Redacted ▇ | ▇ | ▇▇▇ | ▇ | ▇ |
| 01/15/2025 | LJY | Prepare for and attend internal strategy meeting re analysis of Opposition and strategy for Reply; emails with Yidu Sun regarding evidentiary objections and bases. | 0.90 | 540.00 |
| 01/15/2025 | LJY | Conferences with client and client's legal team regarding analysis of Opposition to Motion to Dismiss and Anti SLAPP Motion ▇▇. | 0.80 | 480.00 |
| Redacted ▇ | ▇ | ▇▇▇ | ▇ | ▇ |
| Redacted ▇ | ▇ | ▇▇▇ | ▇ | ▇ |
| ▇▇ | ▇ | ▇▇▇ | ▇ | ▇ |
| 01/16/2025 | YS | Reviewed Plaintiffs' opposition to strike. | 1.50 | 675.00 |
| 01/16/2025 | YS | Conducted legal research in all cases cited by Plaintiffs in their opposition to strike. Took extensive notes. | 4.00 | 1,800.00 |
| 01/16/2025 | YS | Drafted a summary reviewing all of the cases Redacted ▇▇▇ to the opposition to strike. | 4.00 | 1,800.00 |
| 01/17/2025 | YS | Updated and finished drafting Redacted ▇▇▇ respond to the opposition to strike. | 1.00 | 450.00 |
| Redacted ▇ | ▇ | ▇▇▇ | ▇ | ▇ |

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 01/19/2025 | CJ | Cont'd review and analysis of oppositions to Motion to Strike and Motion to Dismiss filed by OC; attended meeting with Client Legal Team re: comments from reviewing Plaintiffs' opposition papers, strategies and case analysis in preparation for reply briefs for both Motion to Strike and Motion to Dismiss. | 1.40 | 840.00 |
| 01/19/2025 | LJY | Conference with client ███████████████████████████ ████████████████████████████████. | 0.70 | 420.00 |
| 01/21/2025 | LJY | Draft outline for Reply re Motion to Dismiss; draft outline for Reply re Motion to Strike. | 2.90 | 1,740.00 |
| 01/22/2025 | LJY | Emails with opposing counsel regarding edits to stipulation re protective order. | 0.20 | 120.00 |
| 01/22/2025 | LJY | Revise and edit stipulation for protective order per magistrate judge order. | 0.50 | 300.00 |
| ████ | ██ | ███████████████████████ | ██ | ███ |
| ████ | ██ | ██████████████████ | ██ | ███ |
| 01/24/2025 | LJY | Draft Reply re Motion to Strike. | 2.90 | 1,740.00 |
| ████ | ██ | ████████████████████████ | ██ | ███ |
| ████ | ██ | █████████████████████████████████ | ██ | ███ |
| 01/26/2025 | LJY | Draft Reply re Motion to Strike. | 4.40 | 2,640.00 |
| 01/26/2025 | YS | Reviewed and analyzed depositions for evidentiary objections to plaintiffs' oppositions to motions to dismiss and strike, includes reviewing applicable rules of evidence and exhibits in contention. | 2.00 | 900.00 |
| 01/26/2025 | JC | Research general exceptions to the jurisdictional immunity of a foreign state; analyze helpful cases; review cases cited by Plaintiffs. | 6.40 | 2,880.00 |
| 01/27/2025 | CJ | Reviewed draft reply briefs for Motion to Strike and Motion to Dismiss; ███████████████████████████████████ ████████████████████████. | 1.60 | 960.00 |
| 01/27/2025 | LJY | Draft Declaration of Kyong Kyun Shin; revise and edit same; revise and edit Reply re Motion to Dismiss; revise and edit Reply Motion to Strike; revise and edit evidentiary objections. | 8.90 | 5,340.00 |
| 01/27/2025 | YS | Drafted evidentiary objections to plaintiffs' oppositions to motions to dismiss and strike ██████████████████. | 2.40 | 1,080.00 |
| 01/27/2025 | YS | Reviewed two declarations under seal and revised evidentiary objections based on those declarations. | 1.50 | 675.00 |
| 01/28/2025 | LJY | Emails with opposing counsel regarding documents filed under seal and handling of confidential documents. | 0.40 | 240.00 |

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 01/31/2025 | LJY | Email correspondences and telephone conference with opposing counsel regarding ex parte application to file Sur-Reply. | 0.30 | 180.00 |
| 01/31/2025 | LJY | Emails with client and client's legal team regarding opposing party's notice re ex parte application to file Sur-Reply. | 0.20 | 120.00 |
|  |  | Total Fees |  | Redacted |
|  |  | **Total Fees Due** |  | Redacted |

## TIMEKEEPER SUMMARY

| Initials | Name | Title | Rate | Hours | Amount |
|----------|------|-------|------|-------|--------|
| CJ | Chan Jeon | Partner | $600.00 | ▮ | Redacted |
| LJY | Lisa J. Yang | Partner | $600.00 | ▮ | Redacted |
| YS | Yidu Sun | Associate | $450.00 | ▮ | Redacted |
| JC | Jungji Choi | Senior Counsel | $450.00 | ▮ | Redacted |

## UNPAID INVOICES OUTSTANDING

| Invoice Date | Invoice # | Total Billed | Total Paid/Credit | Net Due and Owing |
|--------------|-----------|--------------|-------------------|-------------------|
| 12/31/2024 | 89143 | Redacted | ▮ | ▮ |
| 01/31/2025 | 89144 | Redacted | ▮ | ▮ |
| 11/30/2024 | 89148 | Redacted | ▮ | ▮ |
|  |  |  |  | Redacted |

|  |  |
|--|--|
| Total Fees | Redacted |
| Total Fees Due | Redacted |
| **Total Current Charges** | Redacted |
| Plus Previous Balance | Redacted |
| **AMOUNT DUE AND OWING**   *Please pay this amount* | Redacted |

*(To ensure proper credit, please write the matter number on your check)*

# LIMNEXUS LLP

707 Wilshire Boulevard
46th Floor
Los Angeles, CA 90017
Tel: (213) 955-9500
Fax: (213) 955-9511
www.limnexus.com

ID # 95-4582673

KBS America, Inc.
625 S. Kingsley Drive, 4th Floor
Los Angeles, CA 90005
Attention:  **Frank Kim**

| | |
|---|---|
| **Date:** | November 30, 2024 |
| **Matter No.:** | 002522   - 000023 |
| **Invoice #:** | 89148 |
| **Attorney:** | Lisa J. Yang |

RE:  adv SeeDevice Inc. et al

For Professional Services Rendered Through October 31, 2024

| Date | Initials | Description of Services | Hours | Amount |
|---|---|---|---|---|
| Redacted | | | | |
| 10/10/2024 | LJY | Review and analyze claims in complaint. | 0.70 | 420.00 |
| 10/10/2024 | LJY | Strategy meeting with team regarding issues to be researched in response to Complaint. | 0.80 | 480.00 |
| 10/10/2024 | LJY | Emails with client regarding Redacted | 0.40 | 240.00 |
| 10/10/2024 | JC | Review news articles and video clips that are subject of the lawsuit by plaintiffs. | 0.60 | 270.00 |
| Redacted | | | | |
| 10/11/2024 | LJY | Emails with client and client legal team regarding status, evidence and strategy. | 0.60 | 360.00 |
| Redacted | | | | |
| | | | | |

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| Redacted | ⬛ | ⬛⬛⬛ | ⬛ | ⬛ |
| 10/14/2024 | JC | Review various and Korea court orders received docs from clients. | 1.70 | 765.00 |
| Redacted | ⬛ | ⬛⬛ | ⬛ | ⬛ |
| 10/15/2024 | JC | Review previous rulings by Korea court and related news reports. | 1.60 | 720.00 |
| Redacted | ⬛ | ⬛⬛ | ⬛ | ⬛ |
| ⬛ | ⬛ | ⬛⬛ | ⬛ | ⬛ |
| ⬛ | ⬛ | ⬛⬛ | ⬛ | ⬛ |
| 10/18/2024 | LJY | Emails with team regarding defense and analysis of complaint; conferences with team regarding same. | 0.40 | 240.00 |
| Redacted | ⬛ | ⬛⬛ | ⬛ | ⬛ |
| ⬛ | ⬛ | ⬛⬛ | ⬛ | ⬛ |
| ⬛ | ⬛ | ⬛⬛ | ⬛ | ⬛ |
| 10/22/2024 | LJY | Prepare for strategy meeting re defenses; attend meeting. | 1.20 | 720.00 |
| 10/22/2024 | JC | Discuss litigation strategy and Anti-SLAPP motion with Lisa Yang, Chan Jeon and Mark Hansen. | 0.60 | 270.00 |
| 10/22/2024 | JC | Conduct research re litigation strategy and Anti-SLAPP motion. | 2.50 | 1,125.00 |
| 10/24/2024 | JC | Began preparing a timeline of relevant facts (including investigating the details of the previous lawsuit in Korea, including the claims, parties, and outcomes). | 1.00 | 450.00 |
| 10/24/2024 | JC | Review the defamation laws in Korea and whether the KBS report would be considered actionable under Korean law. | 1.00 | 450.00 |
| 10/24/2024 | JC | Review case law on the journalistic discretion and requirements around reporting on matters of public interest (including if omission could provide the basis for defamation or trade liable claim). | 0.80 | 360.00 |

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 10/27/2024 | JC | Continue preparation of a timeline of relevant facts (including investigating the details of the previous lawsuit in Korea, including the claims, parties, and outcomes). | 2.10 | 945.00 |
| 10/27/2024 | JC | Analysis review confitnue the defamation laws in Korea and whether the KBS report would be considered actionable under Korean law. | 0.50 | 225.00 |
| 10/27/2024 | JC | Continue review and analysis of case law on the journalistic discretion and requirements around reporting on matters of public interest (including if omission could provide the basis for defamation or trade liable claim). | 1.10 | 495.00 |
| 10/27/2024 | JC | Continue review and analysis on whether the fact that Dr. Kim's identity wasn't disclosed and that only a limited number of people would have knowledge of him would have some bearing on his claims. | 0.80 | 360.00 |
| 10/27/2024 | JC | Analyze the likelihood of success of the Anti-SLAPP Motion. | 1.20 | 540.00 |
| Redacted | ▮ | ▬▬▬▬▬▬▬▬▬ | ▮ | ▮ |
| 10/28/2024 | LJY | Review research memo re grounds for Anti-SLAPP motion for additional research needed. | 0.60 | 360.00 |
| 10/28/2024 | LJY | Meting with team regarding research and grounds for Anti-SLAPP motion; emails whit team regarding additional research needed. | 1.00 | 600.00 |
| 10/28/2024 | MH | Further analysis of plaintiffs' claims; review and analyze research memorandum from Jungji Choi; prepare outline of discussion points for follow-on strategy meeting; email to litigation team re same; follow on strategy meeting with Lisa Yang, Chan Jeon, and Jungji Choi. | 2.00 | 1,200.00 |
| 10/28/2024 | JC | Prepare for litigation strategy meeting with team (1.6); discuss litigation strategy with Lisa Yang and Chan Jeon (0.5). | 2.10 | 945.00 |
| 10/30/2024 | JC | Review and analysis whether a Korean company posting on its YouTube channel in Korea can subject it to liability in the U.S. | 3.20 | 1,440.00 |
| 10/30/2024 | JC | Review the different news reports mentioned to determine the exact number and content of the articles at issue. | 1.70 | 765.00 |
| 10/30/2024 | JC | Review the language used in the KBS reports to determine if they are simply reporting on the whistle blower's allegations or making outright claims about the technology. | 2.00 | 900.00 |
| 10/31/2024 | JC | Continue review and analysis of whether a Korean company posting on its YouTube channel in Korea can subject it to liability in the U.S. | 1.20 | 540.00 |
| 10/31/2024 | JC | Continue review and analysis of the different news reports mentioned to determine the exact number and content of the articles at issue. | 0.90 | 405.00 |
| 10/31/2024 | JC | Continue review and analysis of the language used in the KBS reports to determine if they are simply reporting on the whistle blower's allegations or making outright claims about the technology. | 1.10 | 495.00 |

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
|      |          | Total Fees             |       | Redacted |
|      |          | **Total Fees Due**     |       | Redacted |

**TIMEKEEPER SUMMARY**

| Initials | Name | Title | Rate | Hours | Amount |
|----------|------|-------|------|-------|--------|
| MH | Mark Hansen | Partner | $600.00 | ■ | Redacted |
| CJ | Chan Jeon | Partner | $600.00 | ■ | Redacted |
| LJY | Lisa J. Yang | Partner | $600.00 | ■ | Redacted |
| JC | Jungji Choi | Senior Counsel | $450.00 | ■ | Redacted |

| | | | |
|---|---|---|---|
| Total Fees | | | Redacted |
| Total Fees Due | | | Redacted |
| **Total Current Charges** | | | Redacted |
| Plus Previous Balance | | | Redacted |
| **AMOUNT DUE AND OWING** | *Please pay this amount* | | Redacted |

*(To ensure proper credit, please write the matter number on your check)*

For Invoice Date: 4/4/2025
Page #:  1

| Action | | | |
|---|---|---|---|
| Bill _____ | Hold _____ | W/U/D_____ | W/O_____ |
| Apply Retainer Trust | | _____ | REDO___ |
| Show to _____ | | | |
| Close Matter_____ | AddAttached_____ | | |

002522    000023    KBS AMERICA, INC.

KBS America, Inc.
625 S. Kingsley Drive, 4th Floor
Los Angeles, CA 90005
ATTN:  Frank Kim

Matter Name:  adv SeeDevice Inc. et al

| | | |
|---|---|---|
| Responsible:  Lisa J. Yang | Fees from - through: | - 3/31/2025 |
| Originating:  Chan Jeon | Other Accounting from - through: | - 3/31/2025 |
| Fee Arrangement: Hourly | Type of Law: 351 | |
| Matter Opened on: 10/11/2024 | Quoted Price: $0.00 | |
| Invoice Style:  01 - LimNexus (Fees, Expenses, Recap, ARInv, Trust) | Default Rate: GIGATERA | |

Billing Notes:
Matter Description:

### Fees

| Date | ID | Description | Orig Hrs | | | Orig Amt |
|---|---|---|---|---|---|---|
| Record # | | Description | Bill Hrs | Hrly Rate | | Bill Amt |
| 2/3/2025 | CJ | Meet with Team re: planning and strategize objections to sur-reply motion by OC and related issues; preliminary review of sur-reply motion filed by OC. [L210 - A101] | 0.60 | | | $360.00 |
| 142947 | | | 0.60 | $600.00 | | $360.00 |
| 2/3/2025 | LJY | Review and analyze Plaintiffs' Ex Parte Application re Sur-Reply and Sur-Reply and supporting papers. [L210 - A104] | 0.70 | | | $420.00 |
| 142961 | | | 0.70 | $600.00 | | $420.00 |
| 2/3/2025 | LJY | Draft Opposition to Plaintiffs' Ex Parte Application to file Sur-Reply; revise and edit Opposition. [L210 - A103] | 3.80 | | | $2,280.00 |
| 142962 | | | 3.80 | $600.00 | | $2,280.00 |
| 2/3/2025 | YS | Drafted evidentiary objections regarding Dr. Kim's declaration ISO Sur-Reply. [L120 - A103] | 1.50 | | | $675.00 |
| 142954 | | | 1.50 | $450.00 | | $675.00 |
| 2/3/2025 | YS | Reviewed Dr. Kim's declaration ISO Sur-Reply and opposition to Plaintiffs' ex parte application. [L120 - A104] | 0.50 | | | $225.00 |
| 142955 | | | 0.50 | $450.00 | | $225.00 |
| 2/3/2025 | YS | Conducted brief supplementary legal research into best evidence rule and authentication rules for the evidentiary objections. [L120 - A102] | 0.50 | | | $225.00 |
| 142956 | | | 0.50 | $450.00 | | $225.00 |
| 2/4/2025 | LJY | Revise and edit Opposition to Ex Parte Application re Sur-Reply; finalize for filing. [L210 - A103] | 3.20 | | | $1,920.00 |
| 142972 | | | 3.20 | $600.00 | | $1,920.00 |
| | | | | | *Edited* | |
| 2/4/2025 | LJY | Emails with clients and clients' legal team regarding facts to verify contents of opposition to ex parte application to file sur-reply. [L210 - A106] | 0.60 | | | $360.00 |
| 143383 | | | 0.60 | $600.00 | | $360.00 |
| | | | | | *Edited* | |
| 2/5/2025 | LJY | Review court order regarding continuance of hearing on motion to dismiss. [L190 - A104] | 0.10 | | | $60.00 |
| 143372 | | | 0.10 | $600.00 | | $60.00 |
| 2/5/2025 | LJY | Emails with client regarding continuance of hearings per courts own motion and various versions of briefing by the parties. [L190 - A106] | 0.60 | | | $360.00 |
| 143373 | | | 0.60 | $600.00 | | $360.00 |
| 2/5/2025 | LJY | Emails with client regarding court ruling re hearings on motion to dismiss and Anti-SLAPP motion. [L210 - A106] | 0.20 | | | $120.00 |
| 144916 | | | 0.20 | $600.00 | | $120.00 |
| 2/11/2025 | LJY | Review court order re Plaintiffs' ex parte application re Sur-Reply. [L210 - A104] | 0.30 | | | $180.00 |
| 144750 | | | 0.30 | $600.00 | | $180.00 |
| 2/11/2025 | LJY | Emails with client regarding court order denying Plaintiffs' request to file | 0.20 | | | $120.00 |

For Invoice Date: 4/4/2025

Page #:  2

002522    000023    KBS AMERICA, INC.

Matter Name:  adv SeeDevice Inc. et al

### Fees

| Date / Record # | ID | Description | Orig Hrs / Bill Hrs | Hrly Rate | Orig Amt / Bill Amt |
|---|---|---|---|---|---|
| 144751 | | Sur-Reply and next steps. [L210 - A106] | 0.20 | $600.00 | $120.00 |
| 2/12/2025 144937 | LJY | Emails with insurance adjuster/representative regarding status of case and all pleadings. [L210 - A108] | 0.20 / 0.20 | $600.00 | $120.00 / $120.00 |
| 2/28/2025 144255 | LJY | Review motion to dismiss and related pleadings and evidence in preparation for hearing. [L210 - A101] | 1.80 / 1.80 | $600.00 | $1,080.00 / $1,080.00 |
| 3/2/2025 144749 | LJY | Review motion to dismiss, opposition, reply, and supporting documents in preparation for hearing. [L240 - A101] | 2.40 / 2.40 | $600.00 | $1,440.00 / $1,440.00 |
| 3/3/2025 144438 | CJ | Reviewed and analyzed tentative ruling from the court on Motion to Dismiss and Special Motion - Anti SLAPP. [L240 - A104] | 0.80 / 0.80 | $600.00 | $480.00 / $480.00 |
| 3/3/2025 144474 | LJY | Review all Motion to Dismiss and Anti-SLAPP Motion, opposition, reply, and supporting materials in preparation for hearing. [L240 - A101] | 3.30 / 3.30 | $600.00 | $1,980.00 / $1,980.00 |
| 3/3/2025 144475 | LJY | Attend hearing on Motion to Dismiss and Anti-SLAPP Motion. [L240 - A109] | 1.70 / 1.70 | $600.00 | $1,020.00 / $1,020.00 |
| 3/3/2025 144476 | LJY | Emails with client regarding hearing on Motion to Dismiss and Anti-SLAPP Motion. [L240 - A106] | 0.40 / 0.40 | $600.00 | $240.00 / $240.00 |
| ■■■ ■■ | ■ | ■■■■■■■■■■ | ■ | ■ | Redacted |
| 3/21/2025 146642 | LJY | Review court order re Motion to Dismiss and Anti-SLAPP Motion; analyze for changes from the tentative ruling. [L210 - A104] *Edited* | 0.60 / 0.60 | $600.00 | $360.00 / $360.00 |
| 3/21/2025 146643 | LJY | Emails with client's legal team regarding ruling on Motion to Dismiss with explanation regarding edits remaining to be made. [L210 - A106] | 0.30 / 0.30 | $600.00 | $180.00 / $180.00 |
| 3/24/2025 145829 | CJ | Analyzed and formulated action plans with Client's legal team including, without limitation, timing of filing answer and preparing for motion for reconsideration/clarification. [L120 - A101] | 0.80 / 0.80 | $600.00 | $480.00 / $480.00 |
| 3/24/2025 146596 | LJY | Conference with client's legal team regarding potential motion for reconsideration or clarification, legal fees, and Answer. [L210 - A106] | 0.70 / 0.70 | $600.00 | $420.00 / $420.00 |
| 3/24/2025 146597 | LJY | Review court's final ruling regarding motion to dismiss and Anti-SLAPP motion; analyze points where clarification is needed. [L210 - A104] | 0.70 / 0.70 | $600.00 | $420.00 / $420.00 |
| 3/31/2025 146186 | YS | Conducted legal research into the timeliness of filing motion for attorneys' fees as the prevailing party in an anti-SLAPP motion in federal court. Summarized findings and sent the summary to Lisa. [L110 - A102] | 3.00 / 3.00 | $450.00 | $1,350.00 / $1,350.00 |

| | Orig Hrs | Orig Amt | Bill Hrs | Hrly Rate | Bill Amt |
|---|---|---|---|---|---|
| Total Selected Fees | 29.60 | $16,935.00 | 29.60 | $572.13 | $16,935.00 |
| Total Deferred Fees | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| **Total Fees** | **29.60** | **$16,935.00** | **29.60** | **$572.13** | **$16,935.00** |

# **PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

     I am employed in the county of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 707 Wilshire Boulevard, 46th Floor, Los Angeles, California 90017.

     On April 4, 2025, I served the foregoing document described as:

**DECLARATION OF LISA J. YANG IN SUPPORT OF DEFENDANTS'
MOTION FOR ATTORNEY FEES AND COSTS IN CONNECTION WITH
DEFENDANTS' SPECIAL MOTION TO STRIKE (ANTI-SLAPP MOTION)
PURSUANT TO CCP 425.16(c)(1)**

on the interested parties in this action as follows:

| | |
|---|---|
| Jonathan S. Pink<br>Jonathan.pink@lewisbrisbois.com<br>**Lewis Brisbois Bisgaard and Smith LLP**<br>633 West 5th Street, Suite 4000<br>Los Angeles, CA 90071<br>*Attorneys for Plaintiffs* | Megan L. Meier<br>Megan.meier@mwpp.com<br>Amy McCann Roller<br>amr@mwpp.com<br>Hannah Menchel<br>Hannah.menchel@mwpp.com<br>**Meier Watkins Phillips Pusch LLP**<br>919 18th Street, NW, Suite 650<br>Washington, DC 20006<br>*Attorneys for Plaintiffs* |

[✓]    BY E-MAIL OR ELECTRONIC TRANSMISSION: I caused a copy of the document(s) to be sent from e-mail address bill.castleberry@limnexus.com to the persons at the e-mail address(es) listed above. I did not receive within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

DATED:  April 4, 2025

                            _____

                                 Bill Castleberry

LimNexus LLP

**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR AWARD OF ATTORNEYS FEES IN
CONNECTION WITH ANTI-SLAPP MOTION PER CCP 425.16(C)(1)**