# DENIED BY ORDER OF THE COURT

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| SEEDEVICE INC., a Delaware corporation, and DR. HOON KIM, an individual<br><br>Plaintiffs,<br><br>v.<br><br>KOREAN BROADCASTING SYSTEM, a Korean corporation; and KBS AMERICA, INC., a California corporation,<br><br>Defendants. | Case No. 2:24-cv-7779 MWF (PDx)<br><br>**STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF HEARING ON DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>Date: June 2, 2025<br>Proposed Date: July 7, 2025<br>Time: 10:00 A.m.<br>Ctrm: 5A<br>Hon. Michael W. Fitzgerald<br><br><br>Trial Date: None Set |

## ORDER

The Court, having considered the Plaintiffs SeeDevice, Inc., Hoon Kim, Defendants Korean Broadcasting System, and KBS America, Inc.'s Stipulation to Continue the hearing on Defendants' Motion for Attorneys' Fees currently scheduled for hearing on June 2, 2025 to July 7, 2025 or to a later date based on the Court's availability, and finding good cause therefor, it is hereby ORDERED that the hearing on Defendants' Motion for Attorneys' Fees is continued to _____. All briefing deadlines are also continued to comport with the new hearing date.

IT IS SO ORDERED.

**DENIED BY ORDER OF THE COURT**

Dated: May 9, 2025

Hon. Michael W. Fitzgerald
United States District Judge

---

1

ORDER CONTINUING HEARING ON DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND COSTS