**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SEEDEVICE INC., et al., | Case No. CV 24-7779-MWF(PDx) |
| Plaintiffs, | ORDER GRANTING JOINT STIPULATION TO EXTEND THE CLOSE OF DISCOVERY |
| v. | |
| KOREAN BROADCASTING SYSTEM, et al., | |
| Defendants. | |

The Court previously warned counsel that failure to comply with the Local Rules and this Court's procedures may result in documents being stricken. *See* Order, Docket No. 31. Again, the filing attorney failed to email the required word-processing version of the proposed Order to chambers.

The Court has considered the parties' Joint Stipulation to Extend the Close of Discovery (the "Stipulation"). (Docket No. 139). For good cause shown, the Stipulation is GRANTED. The non-expert discovery cut-off is EXTENDED to August 30, 2026; the expert discovery cut-off is EXTENDED to October 7, 2026.

IT IS SO ORDERED.

Dated: June 11, 2026

_____
MICHAEL W. FITZGERALD
United States District Judge

-1-