**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SEEDEVICE INC., et al., | Case No. CV 24-7779-MWF(PDx) |
| Plaintiffs, | ORDER GRANTING JOINT STIPULATION TO EXTEND THE CLOSE OF DISCOVERY AND MOTION HEARING DEADLINES |
| v. | |
| KOREAN BROADCASTING SYSTEM, et al., | |
| Defendants. | |

The Court has considered the parties' Joint Stipulation to Extend the Close of Discovery and Motion Hearing Deadlines (the "Stipulation"). (Docket No. 141). For good cause shown, the Stipulation is GRANTED. The deadlines are EXTENDED as set forth below:

- Non-Expert Discovery Cut-Off: September 29, 2026
- Expert Discovery Cut-Off: November 6, 2026
- Last Day to Hear Motions: Wednesday, October 28, 2026

IT IS SO ORDERED.

Dated: July 24, 2026

_____
MICHAEL W. FITZGERALD
United States District Judge

-1-