**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SEEDEVICE INC., et al.,

Plaintiffs,

v.

KOREAN BROADCASTING SYSTEM, et al.,

Defendants.

Case No. CV 24-7779-MWF(PDx)

ORDER GRANTING STIPULATION CONFIRMING THAT DEFENDANT KOREAN BROADCASTING SYSTEM CONSENTS TO THIS COURT EXERCISING PERSONAL JURISDICTION OVER IT FOR PURPOSES OF THIS CASE ONLY

The Court has considered the parties' Stipulation Confirming that Defendant Korean Broadcasting System Consents to this Court Exercising Personal Jurisdiction Over It for Purposes of this Case Only (the "Stipulation"). (Docket No. 147). For good cause shown, the Stipulation is GRANTED. The Court ORDERS that for the limited purposes of adjudication of the issues remaining in this case only, and not for any other purpose, Defendant Korean Broadcasting System consents to this Court exercising personal jurisdiction over it.

IT IS SO ORDERED.

Dated: August 25, 2026

MICHAEL W. FITZGERALD
United States District Judge