UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

SEEDEVICE INC., a Delaware corporation, and DR. HOON KIM, an individual

Plaintiffs,

v.

KOREAN BROADCASTING SYSTEM, a Korean corporation; and KBS AMERICA, INC., a California corporation,

Defendants.

Case No. 2:24-cv-7779 MWF (PDx)

**ORDER GRANTING PARTIES' JOINT STIPULATION TO EXTEND THE MOTION HEARING DEADLINE FOR DEFENDANTS' MOTION TO CONTINUE TRIAL**

Courtroom: 5A
Judge: Hon. Michael W. Fitzgerald
Trial Date: January 26, 2027

FOR GOOD CAUSE SHOWN by the Parties' Joint Stipulation, it is HEREBY ORDERED that Defendants' deadline to file their Motion to Continue Trial is extended to November 25, 2026, and the last day to hear Defendants' Motion to Continue Trial is extended to December 23, 2026. The last day to hear all other motions remains October 28, 2026.

IT IS SO ORDERED.

DATED: September 29, 2026

Hon. Michael W. Fitzgerald
United States District Judge

LIMNEXUS LLP