**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SEEDEVICE, INC., et al.,

Plaintiffs,

v.

THE KOREAN BROADCASTING SYSTEM, et al.,

Defendants.

Case No. CV 24-7779-MWF(PDx)

ORDER GRANTING JOINT STIPULATION TO EXTEND THE MOTION HEARING DEADLINE FOR DEFENDANTS' MOTION TO CONTINUE TRIAL, AND TO CONTINUE THE PRETRIAL CONFERENCE

The Court has reviewed the parties' Joint Stipulation to Extend the Motion Hearing Deadline for Defendants' Motion to Continue Trial, and to Continue the Pretrial Conference (the "Stipulation"). (Docket No. 167). For good cause shown, the Court GRANTS the Stipulation and ORDERS as follows:

1. The deadline for Defendants to file their Motion to Continue Trial is EXTENDED to December 9, 2026, and the last day to hear that Motion is EXTENDED to January 6, 2027.
2. The Pretrial Conference is CONTINUED from January 6, 2027, to January 13, 2027, at 11:00 a.m.

///

///

///

3. The deadline for the parties to file their joint notice of the then current estimate for trial is EXTENDED to December 1, 2026.

**IT IS SO ORDERED.**

Dated: November 10, 2026

MICHAEL W. FITZGERALD
United States District Judge